# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROGERS and CARL HAYNER, individually and on behalf of all similarly situated current and former employees,<br><br>  Plaintiff,<br><br>  v.<br><br>ADT SECURITY SERVICES, INC., a Delaware Corporation,<br><br>  Defendant. | Case No. EDCV09-01658 DSF(VBKx)<br><br>**PROTECTIVE ORDER**<br><br><br>Complaint Filed: September 2, 2009<br>Trial Date:       March 8, 2011<br>Judge:            Hon. Dale S. Fischer |

**GOOD CAUSE APPEARING,** to protect the legitimately designated confidential business, employee and privacy protected information to be produced in this action from public disclosure;

The Stipulated Protective Order entered into by the parties on January 27, 2010 and February 2, 2010, respectively, and filed August 30, 2010, is hereby approved.

**IT IS SO ORDERED:**

DATED: September 07, 2010

/s/
Hon. Victor B. Kenton
Central District of California

ED CV 09-165
ROGERS Prop

1   Case No. EDCV09-01658 DSF(VBKx)
[PROPOSED] PROTECTIVE ORDER