JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROGERS and CARL HAYNER, individually and on behalf of all similarly situated current and former employees,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ADT SECURITY SERVICES, INC., a Delaware Corporation,<br><br>　　　　Defendant. | Case No.: CV 09-1658 DSF (VBKx)<br><br>JUDGMENT |

After considering the parties' briefing, evidence, and oral arguments, the Court granted Defendant's motion for summary judgment. With the arguments having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that their claims be dismissed on their merits and with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

1   Dated: __11/15/10__         _____
2                                               Dale S. Fischer
                                         United States District Judge
3
4
...
28

2